IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06-CV-270-W

| | | |
|---|---|---|
| **JONATHAN BAILEY ASSOCIATES,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | **NOTICE** |
| | ) | |
| **HLM DESIGN, INC.,** | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

TAKE NOTICE that this matter has been set for hearing before the undersigned United States District Judge, to be held at **10:00 a.m.** on **22 March 2007** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per side.

Signed: February 9, 2007

Frank D. Whitney
United States District Judge