# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-270-W

| | |
|---|---|
| **JONATHAN BAILEY ASSOCIATES,** )<br>Appellant, )<br> )<br>vs. )<br> )<br>**HLM DESIGN, INC., et al.,** )<br>Appellees. )<br> ) | **ORDER** |

THIS MATTER came before the Court on 22 March 2007 for a show cause hearing pursuant to Fed. R. Bankr. P. 8020. The Court does not find this to be an appropriate case for the imposition of sanctions beyond a verbal reprimand, but will allow Appellee to petition the Clerk for the recovery of taxable costs as provided by Fed. R. Bankr. P. 8014.

All outstanding issues before the Court now being resolved, the Clerk is DIRECTED pursuant to Fed. R. Bankr. P. 8016 and in accordance with the Court's 5 March 2007 Opinion to enter final judgment in this matter and close the case.

IT IS SO ORDERED.

Signed: March 28, 2007

Frank D. Whitney
United States District Judge