# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jonathan Bailey Associates,

   Appellant(s),       JUDGMENT IN A CIVIL CASE

vs.              3:06-cv-270

HLM Design, Inc.,

   Appellee(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2007 Order.

**Signed: March 29, 2007**

Frank G. Johns, Clerk
United States District Court